UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD PUCCI, | ) |
| | ) NOTICE OF REMOVAL |
| Plaintiff, | ) |
| | ) |
| v. | ) State Court Case No. 2017 CH 15257 |
| | ) |
| WELLS FARGO INSURANCE SERVICES, | ) Case No. |
| INC., and WELLS FARGO INSURANCE | ) |
| SERVICES USA, INC., n/k/a USI | ) |
| INSURANCE SERVICE NATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS AND COUNSEL OF RECORD FOR PLAINTIFF RICHARD PUCCI

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Wells Fargo Insurance Services, Inc. and Wells Fargo Insurance Services USA, Inc., n/k/a USI Insurance Services National, Inc. ("Defendants"), by and through their counsel, and reserving all defenses and objections, respectfully removes this action, titled *Richard Pucci v. Wells Fargo Insurance Services, Inc. and Wells Fargo Insurance Service USA, Inc.*, *n/k/a USI Insurance Service National, Inc.*,[1] filed in the Circuit Court of Cook County, Illinois, Chancery Division, Case No. 2017 CH 05257 (the "State Court Action") to the United States District Court for the Northern District of Illinois, Eastern Division. As grounds for removal, Defendants state as follows.

## BACKGROUND

1. Plaintiff Richard Pucci filed his original complaint on November 16, 2017. That complaint named as the sole defendant "Wells Fargo Insurance Services of Illinois, Inc." ("Wells

---

[1] Plaintiff has improperly named "USI Insurance Service National, Inc." as the defendant in this lawsuit. The proper party name is USI Insurance Service**s** National, Inc.

Fargo Illinois").

2. On January 26, 2018, Wells Fargo Illinois moved to dismiss the complaint on the basis that Wells Fargo Illinois was not the proper defendant.

3. On May 8, 2018, the Court granted Wells Fargo Illinois' Motion to Dismiss with prejudice. Plaintiff subsequently filed a motion to reconsider, which the Court granted in part, and granted Plaintiff leave to file his First Amended Complaint naming the proper parties.

4. On July 23, 2018 Plaintiff filed its First Amended Complaint ("Amended Complaint") naming for the first time Wells Fargo Insurance Services, Inc. and Wells Fargo Insurance Services USA, Inc., n/k/a USI Insurance Services National, Inc., as the Defendants. A true and correct copy of the Amended Complaint received by Defendants in the State Court Action is attached hereto as Exhibit A.

5. Defendants were served with the Amended Complaint on July 24, 2018. (*See* Declaration of Trisha Allen at ¶ 7, a true and correct copy of which is attached hereto as Exhibit B).

6. The Amended Complaint purports to bring causes of action for "Breach of Contract-(unconscionability)," Violation of the Illinois Consumer Fraud and Deceptive Practice Act, "fraud and deceit (fraudulent misrepresentation)," and fraudulent concealment. (Exhibit A.)

**BASIS FOR REMOVAL**

**A. This Court has Original Jurisdiction Over this Action Pursuant to 28 U.S.C. § 1332(a) and Removal is Proper Pursuant to 28 U.S.C. § 1441(a).**

7. Under § 1441(a), any civil action over which the district court of the United States have original jurisdiction may be removed from state court to the United States district court for the district embracing the place where the action is pending.

8. Under § 1332(a), this Court has original jurisdiction over all civil actions between citizens of different states, where the matter in controversy exceeds $75,000, exclusive of interests and costs.

9. As alleged in the Amended Complaint, Plaintiff is a resident of Cook County, Illinois. (Exhibit A at ¶ 4.)

10. Wells Fargo Insurance Services, USA, Inc. is the successor in interest to Wells Fargo Insurance Services, Inc. (formerly a Delaware corporation). (Exhibit B at ¶ 5.) Wells Fargo Insurance Services, Inc. merged into Wells Fargo Insurance Services USA, Inc. in 2010, prior to the commencement of this action against Wells Fargo Insurance Services, Inc. (*Id.* at ¶¶ 6-7.) Accordingly, Wells Fargo Insurance Services, Inc.'s citizenship is not germane to diversity jurisdiction.[2]

11. In 2017, Wells Fargo Insurance Services, USA, Inc. filed a name change amendment changing the name of Wells Fargo Insurance Services, USA to USI Insurance Services National, Inc. (Declaration of Curtis Hoffman, Exhibit C hereto, at ¶ 5.) This name change occurred in the domestic state of North Carolina and all other foreign states that Wells Fargo Insurance Service USA, Inc. had been registered in. (*Id.*)

12. USI Insurance Services National, Inc. is a North Carolina corporation with its principal place of business in Valhalla, New York. (*Id.* at ¶ 6.)

13. As alleged in the Amended Complaint, the amount in controversy exceeds the sum or value of $75,000. (Exhibit A at 9-10, 12, 15 (praying that the Court enter judgment in Plaintiff's

---

[2] *Hoefferle Truck Sales, Inc. v. Divco-Wayne Corp.*, 523 F.2d 543, 548 (7th Cir. 1975) (corporation cases to exist upon merger and naming predecessor corporation as a defendant has no effect on diversity jurisdiction); *Cottrell v. Bendix Corp.*, 914 F.2d 1494 (6th Cir. 1990) (inclusion of predecessor company did not destroy diversity, as "[t]he corporate citizenship of the surviving corporation . . . is the relevant citizenship for diversity purposes at the time the suit was filed.")

favor and award $2 million in compensatory damages, $1 million in punitive damages, and reasonable attorney's fees and costs).

14. Based on the foregoing, there is diversity of citizenship in this action, and the matter in controversy exceeds the sum or value of $75,000. Pursuant to § 1332, this Court has original jurisdiction over this matter.

15. Accordingly, this matter is properly removed to this court pursuant to § 1441(a).

**B.   The Procedural Requirements for Removal are Satisfied.**

16. **Removal is Timely Filed.**  A Notice of Removal "shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1). As stated above, Defendants were served with the Amended Complaint on July 24, 2018. This Notice of Removal is being filed within 30 days of receipt.

17. **Removal to Proper Court.**  This Court is part of the "district and division embracing" Cook County, Illinois, where the State Court Action was filed. *See* 28 U.S.C. § 1441(a).

18. **Consent to Removal**. All Defendants seeks removal.

19. **Notice.**  Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendants will serve written notice of the filing on Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois. A true and correct copy of the Notice of Filing of Notice of Removal that will be promptly served on all parties and filed with the Circuit Court of Cook County, Illinois, is attached hereto as Exhibit D.

20. **Pleadings and Process.**  Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders previously served on Defendants in the State Court Action are attached hereto as Exhibit A.

21. **<u>Non-Waiver of Defenses and Objections to Plaintiff's Complaint.</u>** By filing this Notice of Removal, Defendants do not waive any defenses, objections, or counterclaims that may be available to it or that may be asserted in an answer or other pleading filed in response to the Amended Complaint, including without limitation a motion to dismiss pursuant to Federal Rule of Civil Procedure 12.

WHEREFORE, the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1332, Defendants hereby remove the above-titled action from the Circuit Court of Cook County, Illinois for further proceedings and adjudication in this district Court in accordance with 28 U.S.C. §§ 1441 and 1446.

Dated: August 21, 2018

Respectfully submitted,

Michael J. Grant (mgrant@tdrlawfirm.com)
Melody L. Gaal (mgaal@tdrlawfirm.com)
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Firm No. 38234

**WELLS FARGO INSURANCE SERVICES INC.,**
**WELLS FARGO INSURANCE SERVICES USA, INC.**

By: /s/ Michael J. Grant
One of Its Attorneys

## CERTIFICATE OF SERVICE

       The undersigned certifies that on August 21, 2018, I electronically filed the foregoing **Notice of Removal** with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, by using the CM/ECF system. I further certify that a true and correct copy of the **Notice of Removal** will be served upon the following attorney via electronic mail:

John L. Malevitis  
MLA Law Offices, Ltd.  
3450 South Halsted Street, Suite 209  
Chicago, IL 60608  
Email: jhnymal@comcast.net

                                              /s/ Michael J. Grant